**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICHAEL A. PAYNE,<br><br>Plaintiff,<br><br>v.<br><br>TROOPER GALLOWAY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-347-JLH-CJB |

**SERVICE ORDER**

At Wilmington, Delaware this **5th** day of **November, 2026**:

This Court, having granted *pro se* Plaintiff Michael A. Payne, of Dover, Delaware, leave to proceed *in forma pauperis*, (D.I. 7), and the Court having screened Plaintiff's Complaint, (D.I. 2), and the Court finding that the Complaint should pass screening pursuant to 28 U.S.C. § 1915(e)(2)(b), *see* (D.I. 2 at 1-2 (pleading certain plausible facts regarding the three identified claims at issue)); *Grubbs v. Univ. of Delaware Police Dep't*, 174 F. Supp. 3d 839, 852, 857, 862 (D. Del. 2016) (setting out the elements of the three claims at issue);

IT IS HEREBY ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(3) and (d)(1), Plaintiff shall complete and return to the Clerk of Court **original** "U.S. Marshal-285" forms ("the 285 Forms") for Defendant Trooper Galloway, as well as for the Attorney General of the State of Delaware, 820 N. French Street, Wilmington, Delaware, 19801, pursuant to 10 Del. C. § 3103(c). Plaintiff shall also provide the Court with copies of the Complaint, (D.I. 2), for service upon the Defendant and the Attorney General.

**2. Plaintiff is notified that the United States Marshals Service ("USMS") will not serve the Complaint until all 285 Forms and copies of the Complaint have been**

**received by the Clerk of Court. Failure to provide complete the 285 Forms and copies of the Complaint for the Defendant and the Attorney General within 90 days from the date of this Order may result in Defendant being dismissed, and the case being closed, pursuant to Federal Rule of Civil Procedure 4(m).**

3. Upon receipt of the 285 Forms and copy of the Complaint as required by paragraph 1 above, the USMS shall forthwith serve a copy of the Complaint (D.I. 2), the Order granting Plaintiff leave to proceed *in forma pauperis* (D.I. 7), this Order, a "Notice of Lawsuit" form, and a "Return of Waiver" form upon Defendant and Attorney General, as identified in the 285 Forms. All costs of service shall be advanced by the United States.

4. If Defendant does not return an executed "Waiver of Service of Summons" form within thirty (30) days from the date that the "Notice of Lawsuit" and "Return of Waiver" forms were sent, Plaintiff must complete a summons and submit the completed summons to the Clerk of Court for issuance. Plaintiff shall also provide to the Clerk of Court a complete, original USM-285 form as set forth above, and a copy of the Complaint for service. Upon issuance of the summons by the Clerk of Court, USMS shall personally serve Defendant and Defendant shall be required to bear the costs related to such service, unless good cause is shown for failure to sign and return the waiver pursuant to Fed. R. Civ. P. 4(d)(1) and (2).

5. Pursuant to Fed. R Civ. P. 4(d)(3) if Defendant timely returns a waiver as requested, before being served with process, Defendant is required to answer or otherwise respond to the Complaint within **sixty (60) days** from the date upon which the Complaint, the Order granting Plaintiff leave to proceed *in forma pauperis*, this Order, a "Notice of Lawsuit" form, and a "Return of Waiver" form. If Defendant responds by way of a motion, said motion

shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE